USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edward Delgado,

                      Plaintiff,

-against-

NJ Transit Rail Operations, Inc.,

                      Defendant.

1:18-cv-02079 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court previously scheduled a telephone conference for Tuesday, March 31, 2020 at 3:30 p.m. (*See* ECF No. 40.) The telephone conference shall go forward as previously scheduled, but the Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745. This Order supersedes the calling instructions provided previously.

**SO ORDERED.**

DATED:    New York, New York
               March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge