UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<div style="border: 1px solid black; padding: 10px;">

Edward Delgado,

                                    Plaintiff,

           -against-

NJ Transit Rail Operations, Inc.,

                                    Defendant.

</div>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2020

1:18-cv-02079 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered that, no later than April 7, 2020, the parties shall file a Joint Letter setting forth a proposed schedule for the completion of discovery. In addition, the parties shall indicate whether they will consider conducting discovery via remote means, which the Court strongly encourages.

**SO ORDERED.**

DATED:      New York, New York
                  March 31, 2020

                                                          _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge