UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2020

Edward Delgado,

       Plaintiff,

-against-

NJ Transit Rail Operations, Inc.,

       Defendant.

1:18-cv-02079 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  Having reviewed the parties' Joint Letter regarding a proposed schedule for the completion of discovery, it is hereby Ordered that the deadlines for the completion of discovery are as follows:

1. Deadline to amend the Complaint: April 30, 2020

2. Issuance of any supplemental discovery demands: April 30, 2020

3. Responses to all discovery demands by: June 1, 2020

4. Deadline for fact discovery (including depositions): July 13, 2020

5. If no expert reports, dispositive motions filed by: August 20, 2020

6. Plaintiff Expert reports, if any, served by: August 20, 2020

7. Defendant Expert reports, if any, served by: September 3, 2020

8. Expert depositions completed by: September 17, 2020

9. Dispositive motions (if expert reports) filed by: October 16, 2020

  It is further Ordered, pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure, that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further Ordered, pursuant to Rule 30(b)(5), that a deposition will be

deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are strongly encouraged to engage in discovery through remote means at every available opportunity.

**SO ORDERED.**

DATED:	New York, New York
	April 8, 2020

_____
STEWART D. AARON
United States Magistrate Judge