USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edward Delgado,

                Plaintiff,

-against-

NJ Transit Rail Operations, Inc.,

                Defendant.

1:18-cv-02079 (SDA)

ORDER OF DISMISSAL

**STEWART D. AARON, United States Magistrate Judge:**

It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

**SO ORDERED.**

DATED:    New York, New York
              September 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge